IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Amber N. Miles, | : | |
| | : | Case No. 1:26-cv-631 |
| Plaintiff, | : | |
| | : | Judge Susan J. Dlott |
| v. | : | |
| | : | Order Granting Request for Leave to Amend and Denying Motion to Dismiss as Moot |
| The Hillman Group, Inc., | : | |
| | : | |
| Defendant. | : | |

Plaintiff Amber N. Miles has sued Defendant The Hillman Group, Inc. for discrimination and retaliation in violation of Title VII. (Doc. 3.) Hillman filed a Motion to Dismiss the Complaint. (Doc. 6.) Hillman pointed out that Miles failed to plead facts sufficient to support her claims as required by Federal Rule of Civil Procedure 8(a)(2) and failed to state a demand for relief as required by Federal Rule of Civil Procedure 8(a)(3). In response, Miles filed a Memorandum in Opposition and a Request for Leave to Amend. (Docs. 10, 11.) She asked to cure the deficiencies in her initial Complaint by filing an Amended Complaint. Hillman did not file a brief opposing Miles's Request to Amend.

Miles's Request for Leave to Amend (Doc. 11) is **GRANTED** pursuant to Federal Rule of Civil Procedure 15(a)(2). Miles must file an Amended Complaint within three weeks of the date of this Order. Miles is reminded that Federal Rule of Civil Procedure 11 requires that each pleading, motion, or other paper filed by an unrepresented party be signed, in handwriting, dated, and include the party's address, email address, and telephone number.[1] Hillman's Motion to Dismiss (Doc. 6) the initial Complaint is **DENIED AS MOOT**.

[1] The proposed amended complaint Miles attached to the Memorandum in Opposition and Request for Leave to Amend did not contain her handwritten signature, so it cannot be accepted for filing. (Doc. 11 at PageID 220–225.)

**IT IS SO ORDERED.**

BY THE COURT:

S/Susan J. Dlott
Susan J. Dlott
United States District Judge